UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OCEANWIDE CENTER, LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-01572-EMC<br><br>**ORDER TO SHOW CAUSE** |

　　　Pending before the Court is Plaintiff Federal Deposit Insurance Corporation' (FDIC's) *ex parte* application for the issuance of, and the right to attach, a writ of prejudgment attachment pursuant to sections 485.010(a) and 485.020 of the California Code of Civil Procedure, made applicable to this Court via Federal Rule of Civil Procedure 64, against Defendant Oceanwide Center LLC's ("Oceanwide's") bank accounts.  *See* Docket No. 9.

　　　THE COURT hereby ORDERS Oceanwide to SHOW CAUSE on or before March 26, 2021 at 5:00 p.m. as to why this Court should not grant FDIC's *ex parte* application.

　　　The hearing on the order to show cause will be held Monday, March 29, 2021, at 1:30PM.

　　　**IT IS SO ORDERED.**

Dated: March 25, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge