NOSSAMAN LLP
PATRICK J. RICHARD (SBN 131046)
prichard@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone:    415.398.3600
Facsimile:     415.398.2438

GABRIELA S. PÉREZ (SBN 322161)
gperez@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
Telephone:    213.612.7800
Facsimile:     213.612.7801

Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FEDERAL DEPOSIT INSURANCE CORPORATION,<br><br>             Plaintiff,<br><br>       vs.<br><br>OCEANWIDE CENTER, LLC,<br><br>             Defendant. | Case No: 3:21-cv-01572-EMC<br><br>**[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)**<br><br>Date Action Filed: March 5, 2021 |
|---|---|

1  The Court having read and considered Plaintiff Federal Deposit Insurance Corporation's
2 Request for Dismissal Pursuant Federal Rule of Civil Procedure 41(a)(2), and good cause
3 appearing therefor,
4  IT IS SO ORDERED that this case is hereby dismissed with prejudice pursuant to Rule
5 41(a)(2) of the Federal Rules of Civil Procedure.
6
7  DATED: September 23, 2021

UNITED STATES DISTRICT COURT JUDGE